IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


JAMES STRAWDER,

        Appellant,

v.

        Case No. 5D22-2496
        LT Case No. 2015-CF-527-A-Z


STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed March 3, 2023

Appeal from Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

James Strawder, Bushnell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      This Court previously affirmed the trial court's order denying

Appellant's successive petition for writ of habeas corpus in Marion County

Circuit Court Case No. 2015-CF-527-A-Z. Because it appears that Appellant's

postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from Marion County Circuit Court Case No. 2015-CF-527-A-Z, may result in sanctions such as a bar on pro se filings in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2022); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

MAKAR, JAY and SOUD, JJ., concur.